UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EVERALD GEORGE IVEY** | * | **CIVIL ACTION NO. 2:15-cv-2141** |
| B.O.P. # 12142-02 | * | |
| | * | |
| v. | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| **BECKY CLAY** | * | **MAGISTRATE JUDGE KAY** |

*******************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 5) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Ivey's Objections (Rec. Doc. 6), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Ivey's Application for Writ of Habeas Corpus (Rec. Doc. 1) under 28 U.S.C. § 2241 is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 10 day of ____May____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE